**ORIGINAL**

Joseph E. Addiego III, CSB No. 169522
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
joeaddiego@dwt.com

E-filing

Attorneys for Plaintiff
DAVIS WRIGHT TREMAINE LLP

FILED
08 MAR 10 AM 11:52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVIS WRIGHT TREMAINE LLP,

Plaintiff,

v.

DR. ABDULLAH ALANIZI, individually and as trustee for the ALANIZI TRUST and/or DOE TRUST; AL BOURAQ AVIATION, INC., a Delaware Corporation, and TRANSATLANTIC AVIATION, LTD., a British Virgin Islands corporation,

Defendants.

CV No. 08 1343 JCS

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report

DATED: March 10, 2008

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ Joseph E. Addiego III
Joseph E. Addiego III
Attorneys for Plaintiff
DAVIS WRIGHT TREMAINE LLP

CERTIFICATION OF INTERESTED ENTITIES                -1-
SFO 404483v1 0019340-000001