ORIGINAL

Joseph E. Addiego III, CSB No. 169522
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
joeaddiego@dwt.com

Attorneys for Plaintiff
DAVIS WRIGHT TREMAINE LLP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVIS WRIGHT TREMAINE LLP,

    Plaintiff,

v.

DR. ABDULLAH ALANIZI, individually
and as trustee for the ALANIZI TRUST
and/or DOE TRUST; AL BOURAQ
AVIATION, INC., a Delaware Corporation,
and TRANSATLANTIC AVIATION, LTD.,
a British Virgin Islands corporation,

    Defendants.

No. CV 08-1343

NOTICE OF RELATED CASES

Pursuant to Local Rules 3.2(c) and 3-5, this action should be assigned to the Oakland Division because a substantial portion of the events that give rise to this claim occurred in Alameda County. This case is related to *Hinshaw v. AURORA*, Case No. C 05:03927-CW. An order of dismissal with prejudice was entered in that case on December 20, 2007. This case is related to that case within the meaning of Local Rule 3-12 as relating to essentially the same parties and the same property, transaction or event.

DATED: March 10, 2008

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: _____
Joseph E. Addiego III
Attorneys for Plaintiff
DAVIS WRIGHT TREMAINE LLP

NOTICE OF RELATED CASES     -1-
SFO 404486v1 0019340-000001