# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DAVIS WRIGHT TREMAINE LLP

**E-filing**

CV 08

V.

DR. ABDULLAH ALANIZI, individually and as
trustee for the ALANIZI TRUST and/or DOE
TRUST; AL BOURAQ AVIATION, INC., a Delaware
Corporation, and TRANSATLANTIC AVIATION,
LTD., a British Virgin Islands corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1343 JCS

COMPLAINT FOR BREACH OF CONTRACT FOR LEGAL
SERVICES, QUANTUM MERUIT,
MISREPRESENTATION, COMMON COUNT
(DEMAND FOR JURY TRIAL)

TO: (Name and address of defendant)
To the above-named Defendants

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph E. Addiego III
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

DATE   MAR 1 0 2008

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |
| | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
   Date                                                                          Signature of Server

                                                          _____
                                                             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.