UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIS WRIGHT TREMAINE,<br><br>    Plaintiff(s),<br><br>v.<br><br>ABDULLAH ALANIZI, ET AL.,<br><br>    Defendant(s).<br>_____/ | No. C 08-01343 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: March 14, 2008

Signature: /s/ Joseph E. Addiego
JOSEPH E. ADDIEGO III

Counsel for DAVIS WRIGHT TREMAINE
(Name or party or indicate "pro se")

3