1  Joseph E. Addiego III, CSB No. 169522
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, California 94111-3611
   Telephone: (415) 276-6500
4  Facsimile:  (415) 276-6599
   joeaddiego@dwt.com
5
   Attorneys for Plaintiff
6  DAVIS WRIGHT TREMAINE LLP

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11  DAVIS WRIGHT TREMAINE LLP,           ) No. C-08-01343 CW
                                         )
12              Plaintiff,               ) **CERTIFICATE OF SERVICE**
                                         ) **VIA MAIL**
13      v.                               )
                                         )
14  DR. ABDULLAH ALANIZI, individually   )
    and as trustee for the ALANIZI TRUST )
15  and/or DOE TRUST; AL BOURAQ          )
    AVIATION, INC., a Delaware Corporation, )
16  and TRANSATLANTIC AVIATION, LTD., )
    a British Virgin Islands corporation, )
17                                       )
                Defendants.               )
18  _____)

19

20  I, Elizabeth S. Wyatt, hereby certify:

21      I am employed in the City and County of San Francisco, California, am over eighteen

22  years of age and am not a party to the within entitled cause. My business address is 505

23  Montgomery Street, Suite 800, San Francisco, California 94111.

24      On March 26, 2008, I mailed from San Francisco, California, the following documents:

25      (1)    RELATED CASE ORDER;

26      (2)    CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED

27             CIVIL CASE; and

28      (3)    CERTIFICATE OF SERVICE VIA MAIL

CERTIFICATE OF SERVICE VIA MAIL          -1-                    No. C-08-01343 CW

SFO 405394v1 0050065-000001

I served the documents by enclosing a true and correct copy of each of them in a sealed envelope, addressed to each of the following parties at the addresses as listed below, and by then placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

| | |
|---|---|
| Dr. Abdullah Alanizi<br>The Belfairs<br>19 Grove Park Gardens<br>Chiswick, London W4 3RY<br>United Kingdom | Defendant |
| TransAtlantic Aviation, Ltd.<br>39 Curzon Street<br>London W1J 7TZ<br>United Kingdom | Defendant |
| National Corporate Research, Ltd.<br>Agent for Al Bouraq Aviation, Inc.<br>615 South Dupont Highway<br>Dover, DE  19901 | Defendant |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 26, 2008

_Elizabeth S. Wyatt_
ELIZABETH S. WYATT

CERTIFICATE OF SERVICE VIA MAIL         -2-         No. C-08-01343 CW

SFO 405394v1 0050065-000001