Joseph E. Addiego III, CSB No. 169522
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
joeaddiego@dwt.com

Attorneys for Plaintiff
DAVIS WRIGHT TREMAINE LLP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| DAVIS WRIGHT TREMAINE LLP, | No. C-08-01343 CW |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE VIA CERTIFIED MAIL ON DEFENDANT AL BOURAQ AVIATION, INC.** |
| v. | |
| DR. ABDULLAH ALANIZI, individually and as trustee for the ALANIZI TRUST and/or DOE TRUST; AL BOURAQ AVIATION, INC., a Delaware corporation, and TRANSATLANTIC AVIATION, LTD., a British Virgin Islands corporation, | |
| Defendants. | |

I, Elizabeth S. Wyatt, hereby certify:

I am employed in the City and County of San Francisco, California, am over eighteen years of age and am not a party to the within entitled cause. My business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111.

On March 10, 2008, I mailed via certified mail, from San Francisco, California, the following documents:

(1)   COMPLAINT FOR BREACH OF CONTRACT FOR LEGAL SERVICES, QUANTUM MERUIT, MISREPRESENTATION, COMMON COUNT (DEMAND FOR JURY TRIAL);

(2)   SUMMONS IN A CIVIL CASE;

(3)   CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;

CERTIFICATE OF SERVICE                    -1-                    No. C-08-01343 CW

SFO 405432v1 0000099-000001

(4)     NOTICE OF RELATED CASES;

(5)     U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT;

(6)     NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL (with accompanying forms);

(7)     ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (with accompanying standing orders);

(8)     WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO (with accompanying informational handouts);

(9)     NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS (with two copies of the form "Waiver of Service of Summons" and a return envelope, postage-prepaid); and

(10)    LETTER NOTICE OF RIGHT TO ARBITRATION UNDER CALIFORNIA LAW (see Exhibit C).

I served the listed documents by enclosing a true and correct copy of each in a sealed envelope, prepared for certified mail, return receipt requested, addressed as below:

> National Corporate Research, Ltd.
> Agent for Al Bouraq Aviation, Inc.
> 615 South Dupont Highway
> Dover, DE  19901

I placed the envelope for collection and mailing following our ordinary business practices. (I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.)

The signed return receipt was returned to our office (see Exhibit A) signifying delivery to Defendant Al Bouraq Aviation, Inc.'s agent for service of process, National Corporate Research, Ltd. (see Exhibit B).  To the best of our knowledge and information , Defendant Al Bouraq Aviation, Inc. has no other physical office or mailing address in the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 27, 2008

_Elizabeth S. Wyatt_
ELIZABETH S. WYATT

CERTIFICATE OF SERVICE          -2-          No. C-08-01343 CW

DAVIS WRIGHT TREMAINE LLP

# EXHIBIT A

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

National Corporate Research, Ltd
Agent for Al Bouraq Aviation, Inc.
615 South Dupont Hwy.
Dover, DE  19901

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____   ☑ Agent
                    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 1010 0005 0199 2460

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.82 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.62 |

Postmark Here — SAN FRANCISCO, CA 94126 — MAR 10 2008 — GATEWAY STATION USPS

Sent To  National Corporate Research Ltd
Street, Apt. No.; or PO Box No.  615 South Dupont Hwy.
City, State, ZIP+4  DOVER DE 19901

PS Form 3800, June 2002    See Reverse for Instructions

7003 1010 0005 0199 2460

EXHIBIT A

# EXHIBIT B



# State of Delaware
## The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & L

State Directory | Help | Search Delaware : [GO]      Citizen Services | Business Services | \

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions    View Search Results

## Entity Details

### THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | **4500954** | Incorporation Date / Formation Date: | **02/06/2008** (mm/dd/yyyy) |
| Entity Name: | **AL BOURAQ AVIATION, INC.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **NATIONAL CORPORATE RESEARCH, LTD.** | | |
| Address: | **615 SOUTH DUPONT HWY** | | |
| City: | **DOVER** | County: | **KENT** |
| State: | **DE** | Postal Code: | **19901** |
| Phone: | **(302)734-1450** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

# EXHIBIT B

**EXHIBIT C**

LAWYERS



# Davis Wright Tremaine LLP

ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

JAMES P. WALSH
Direct (415) 276-6556
budwalsh@dwt.com

SUITE 800
505 MONTGOMERY STREET
SAN FRANCISCO, CA 94111-6533

TEL (415) 276-6500
FAX (415) 276-6599
www.dwt.com

March 10, 2008

**VIA EMAIL, OVERNIGHT EXPRESS AND HAND DELIVERY**

Dr. Abdullah Alanizi
Alanizi and/or Doe Trust
Al Bouraq Aviation, Inc.
TransAtlantic Aviation, Ltd.
The Belfairs
19 Grove Park Gardens
Chiswick
London W4 3RY
United Kingdom

Re:    Litigation with Jack Hinshaw Relating to the AURORA; Payment of Fees Owed to Davis
Wright Tremaine LLP; Dr. Abdullah Alanizi; Al Bouraq Aviation, Inc.; and
TransAtlantic Aviation, Ltd.

Dear Dr. Alanizi:

As you know, we have successfully concluded the litigation with Jack Hinshaw with the
settlement agreement completed in December 2007. However, you have refused to pay our
outstanding invoices for legal fees and costs incurred on your behalf, although you did make one
payment of $50,000, paid by funds from TransAtlantic Aviation, Inc. At present, $186,696.98 in
legal fees and $7,744.23 in advances costs, plus interest, is owed to our firm for that litigation.
Based on the fact that you will not respond to my communications regarding this debt, we
presume that you continue to refuse to pay our invoices. Therefore, to recover this debt, we have
filed suit in Federal District Court in San Francisco, California against you, Al Bouraq Aviation,
Inc., and TransAtlantic Aviation, Ltd. The summons and complaint in this lawsuit is being
served on each of you, together with this letter in the appropriate manner under U.S. and U.K.
law.

SFO 404502v1 0069775-000001

EXHIBIT C-1

Dr. Abdullah Alanizi
March 10, 2008
Page 2



You have a right under Sections 6200-6206 of the California Business and Professions Code to request arbitration of these fees or costs by an independent, impartial arbitrator or panel of arbitrators through a bar association program created solely to resolve fee disputes between lawyers and clients.

You will LOSE THE RIGHT TO ARBITRATION UNDER THIS PROGRAM if:

1.      YOU DO NOT FILE A WRITTEN APPLICATION FOR ARBITRATION WITH THE BAR ASSOCIATION WITHIN 30 DAYS OF RECEIPT OF THIS NOTICE USING A FORM PROVIDED BY THE LOCAL BAR ASSOCIATION OR STATE BAR OF CALIFORNIA FEE ARBITRATION PROGRAM; OR

2.      YOU RECEIVE THIS NOTICE AND THEN ANSWER THE COMPLAINT WE HAVE FILED IN COURT WITHOUT FIRST HAVING FILED AND SERVED A REQUEST FOR ARBITRATION UNDER THIS PROGRAM; OR

3.      YOU FILE AN ACTION OR PLEADING IN ANY LAWSUIT WHICH SEEKS A COURT DECISION ON THIS DISPUTE OR WHICH SEEKS DAMAGES FOR ANY ALLEGED MALPRACTICE OR PROFESSIONAL MISCONDUCT.

A local fee arbitration program is available at:

> San Francisco Bar Association, Fee Arbitration Administrator, 301 Battery Street, 3rd Floor, San Francisco, California 94111, (415) 782-8972.

You may also contact the Mandatory Fee Arbitration Program, State Bar of California, 180 Howard Street, San Francisco, California 94105-1639, (415) 538-2020.

Sincerely,

DAVIS WRIGHT TREMAINE LLP

By     James P. Walsh

cc:     Joe Addiego
        David Tattum
        Jack Albanese

EXHIBIT C-2