# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DAVIS WRIGHT TREMAINE LLP

E-filing

V.

DR. ABDULLAH ALANIZI, individually and as trustee for the ALANIZI TRUST and/or DOE TRUST; AL BOURAQ AVIATION, INC., a Delaware Corporation, and TRANSATLANTIC AVIATION, LTD., a British Virgin Islands corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 08 1343 JCS

COMPLAINT FOR BREACH OF CONTRACT FOR LEGAL SERVICES, QUANTUM MERUIT, MISREPRESENTATION, COMMON COUNT
(DEMAND FOR JURY TRIAL)

TO: (Name and address of defendant)
To the above-named Defendants

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph E. Addiego III
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE

MARY ANN BUCKLEY

(BY) DEPUTY CLERK

NDCAO440

Made on behalf of Davis Wright Tremaine LLP
A. Roberts
First Affidavit
Exhibit "AR1"
Sworn: 2nd April 2008

**IN THE MATTER OF:**

Transatlantic Aviation Limited

---

## AFFIDAVIT OF SERVICE
## OF ANTOINETTE ROBERTS

---

Made on behalf of Davis Wright Tremaine LLP<br>
A. Roberts<br>
First Affidavit<br>
Exhibit "AR1"<br>
Sworn: 2nd April 2008

IN THE MATTER OF:

Transatlantic Aviation Limited



AFFIDAVIT OF SERVICE
OF ANTOINETTE ROBERTS

I, **ANTOINETTE ROBERTS**, of Inland Messenger Services Ltd. of Skelton Building, Main Street, Road Town, Tortola, British Virgin Islands, **MAKE OATH AND STATE THAT**:

1. I am a Process Server employed by Inland Messenger Services of Skelton Building, Main Street, Road Town, Tortola, British Virgin Islands.

2. I did on the 31st day of March 2008 at about 12:10 p.m. attend and serve on Transatlantic Aviation Limited, at the offices of Trident Trust Company (B.V.I.) Limited, located at Trident Chambers, P.O. Box 146, Road Town, Tortola, British Virgin Islands, copies of the following documents:

    (a) Summons;
    (b) Demand for Jury Trial;
    (c) Certification of Interested Entities or Persons;
    (d) Notice of Related Cases;
    (e) Order dd. May 29, 2007;
    (f) Notice of Rule Discontinuing Service by Mail;
    (g) Standing Order;
    (h) ECF Registration Information Handout;
    (i) Notice of Assignment to a U.S. Magistrate Judge for Trial;
    (j) Consent to Proceed Before a U.S. Magistrate Judge;
    (k) Request for Reassignment to a U.S. District Judge;
    (l) Letter to Transatlantic Aviation, Ltd.;
    (m) Waiver of Service of Summons;
    (n) Notice of Lawsuit & Request for Waiver of Service of Summons;

    (o)    Drop Box Filing Procedures;
    (p)    Guidelines for Filing; and
    (q)    List of Judges and Magistrates

(the documents listed at 2(a) to 2(q) inclusive, are hereinafter collectively referred to as "**the Documents**") by personally handing copies of the Documents to a man who identified himself as Samuel Hodge, employed as a Compliance Officer of Trident Trust Company (B.V.I.) Limited.

3. In order to confirm receipt of the Documents on behalf of Transatlantic Aviation Limited, Samuel Hodge acknowledged receipt by signing a delivery confirmation form and a stamped service endorsement copy of the letter of service. True copies of the delivery confirmation form and the letter of service are exhibited hereto and marked Exhibit 'AR1'.

| | |
|---|---|
| SWORN by the above named ) | |
| **ANTOINETTE ROBERTS** ) | ......................... |
| at Road Town, Tortola ) | **ANTOINETTE ROBERTS** |
| British Virgin Islands ) | |
| this 2nd day of April 2008 ) | |

Before me:

COMMISSIONER FOR OATHS

Made on behalf of Davis Wright Tremaine LLP
A. Roberts
First Affidavit
Exhibits "AR1"
Sworn: 2nd April 2008

**IN THE MATTER OF:**

Transatlantic Aviation Limited

---

EXHIBIT "AR1"

---

Made on behalf of Davis Wright Tremaine LLP
A. Roberts
First Affidavit
Exhibits "AR1"
Sworn: 2nd April 2008

**IN THE MATTER OF:**

Transatlantic Aviation Limited

---

**EXHIBIT "AR1"**

---

I certify that the attached is the set of documents referred to as **Exhibit "AR1"** in the Affidavit of Service of Antoinette Roberts, sworn herein on the 2nd day of April 2008.


COMMISSIONER FOR OATHS



# Conyers Dill & Pearman
### BARRISTERS & ATTORNEYS

ROMASCO PLACE, WICKHAMS CAY 1, P.O. BOX 3140, ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS
TEL: (284) 852 1000  FAX: (284) 852 1001  EMAIL: BVI@CONYERSDILLANDPEARMAN.COM
WWW.CONYERSDILLANDPEARMAN.COM

31 March 2008

**By Hand**

**Trident Trust Company (B.V.I.) Limited**
Trident Chambers
P.O. Box 146
Road Town, Tortola
British Virgin Islands

DIRECT LINE: 284 852 1116
E-MAIL: Jerry.samuel@conyersdillandpearman.com
OUR REF: JDS/akl/116970
YOUR REF:

Dear Sirs,

Re:    **Transatlantic Aviation Limited**

Please find enclosed, by way of service, copies of the following documents:

1) Summons;
2) Demand for Jury Trial;
3) Certification of Interested Entities or Persons;
4) Notice of Related Cases;
5) Order dd. May 29, 2007;
6) Notice of Rule Discontinuing Service by Mail;
7) Standing Order;
8) ECF Registration Information Handout;
9) Notice of Assignment to a U.S. Magistrate Judge for Trial;
10) Consent to Proceed Before a U.S. Magistrate Judge;
11) Request for Reassignment to a U.S. District Judge;
12) Letter to Transatlantic Aviation, Ltd.;
13) Waiver of Service of Summons;
14) Notice of Lawsuit & Request for Waiver of Service of Summons;
15) Drop Box Filing Procedures;
16) Guidelines for Filing; and
17) List of Judges and Magistrates.

Please acknowledge receipt of these documents by signing the attached copy of this letter and returning the same to us. The originals will be served in due course.

Yours faithfully,

*Conyers Dill and Pearman*

CONYERS DILL & PEARMAN

Enc.

Served on: Trident Trust
At: Trident Chambers
Served by: Antoinette Roberts
Date: 31/3/08
Time: 12:10
Recipient's Signature: S. Hodge
Name & Position: Compliance Officer for Registered Agent

Bermuda  British Virgin Islands  Cayman Islands  Dubai  Hong Kong  London  Singapore

Advising on the jurisdictions of Bermuda, British Virgin Islands and Cayman Islands

# CONYERS DILL & PEARMAN/ CODAN TRUST
## Delivery Confirmation Form

**To be completed by CDP/Codan**

Date: 31/03/08
Matter #: 959999

**Deliver To:**

Attn: Trident Trust Co. (BVI)

Firm: Legal Docs

Description of documents: _____

**From:** Jetty Samuel

Delivery Status: ☐ Standard  ☑ Urgent

Date Delivered: 31/03/08   Time Delivered: 12:10

Messenger's Signature: _____

**To be completed upon receipt**

Date: 31/3/08

Name of recipient (please print): Samuel Hodge

Time received: 12:10 pm

Signature: S. Hodge

Comments: _____

Original - white   Messenger - pink   Recipient - canary   Sender - green