Joseph E. Addiego III, CSB No. 169522
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
email: joeaddiego@dwt.com

Attorneys for Plaintiff
DAVIS WRIGHT TREMAINE LLP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP,<br><br>Plaintiff,<br><br>v.<br><br>DR. ABDULLAH ALANIZI, individually and as trustee for the ALANIZI TRUST and/or DOE TRUST; AL BOURAQ AVIATION, INC., a Delaware Corporation; and TRANSATLANTIC AVIATION, LTD., a British Virgin Islands corporation,<br><br>Defendants. | Case No. C 08-01343 CW<br><br>**PLAINTIFF'S CASE MANAGEMENT STATEMENT**<br><br>Date: June 17, 2008<br>Time: 2:00 p.m.<br>Place: Ctrm. 2, 4th Floor, 1301 Clay Street, Oakland, CA<br>Judge: Hon. Claudia Wilken |

Pursuant to the Court's Case Management Scheduling Order entered on March 25, 2008, Plaintiff, DAVIS WRIGHT TREMAINE LLP, hereby files its Case Management Statement. The Statement is a separate one because Defendants have not hired counsel to defend the case.

    1.    <u>Jurisdiction and Service</u>: This Court has jurisdiction based on diversity under 28 U.S.C. § 1332. The matter in controversy exceeds $75,000. Plaintiff has served all Defendants. Defendant Dr. Abdullah Alanizi was served in London, England in accordance with the civil laws of Great Britain. Defendant Al Bouraq Aviation, Inc., a revived Delaware corporation, agreed to a Waiver of Service of Summons. Defendant TransAtlantic Aviation, Ltd. was served in accordance with the laws of the British Virgin Islands and Great Britain. However, Defendants have not made an appearance in the case. Plaintiff seeks to recover $186,696.98 in legal fees and $7,744.23 in

advanced costs, and related interest. Plaintiff also gave Defendants the required notice of the right to fee arbitration under Cal. Bus. & Prof. C. § 6201(a). Plaintiff does not believe any issues exist with respect to jurisdiction, venue or personal service.

2. <u>Facts</u>: This is an action by a law firm against a former client and related parties for breach of contract for legal services, quantum meruit, misrepresentation and common counts. The Defendants are Dr. Abdullah Alanizi, individually and as trustee for the Alanizi Trust and/or Doe Trust, and two entities that are his alter egos: Al Bouraq Aviation, Inc. and TransAtlantic Aviation, Ltd. In previous litigation before this Court (*Hinshaw v. AURORA*, Case No. C-05-0397 CW), Plaintiff achieved a favorable settlement one day before trial was to begin. Dr. Alanizi arranged for the settlement amount to be paid into the Court by wire transfer from the account of TransAtlantic Aviation, Ltd. Dr. Alanizi had previously arranged for payment of $50,000 of Plaintiff's fees and costs by wire transfer from the account of TransAtlantic Aviation, Ltd. Following settlement of the *Hinshaw* case, Dr. Alanizi arbitrarily refused to pay any further amounts to Plaintiff and has attempted to cut off all communications with Plaintiff. Plaintiff does not believe that any factual issues exist with respect to its billing history and the services rendered to Defendants.

3. <u>Legal Issues</u>: The legal issues all relate to proof of the causes of action against Defendants.

4. <u>Motions</u>: Plaintiff, if Defendants fail to defend, plan to file a noticed Motion for Default Judgment in which proof of the basic factual predicates for each cause of action is set forth by declarations.

5. <u>Amendment of Pleadings</u>: Plaintiff does not plan to seek any amendments to its Complaint.

6. <u>Evidence Preservation</u>: Plaintiff has preserved all evidence reasonably related to this action and still has in its possession the entire case file (of about three and one-half banker boxes) from the *Hinshaw* litigation.

7. <u>Disclosures</u>: Because Defendants have not made an appearance through counsel, Plaintiff has not made Rule 26 initial disclosures.

8. <u>Discovery</u>: No discovery has been conducted because Defendants have not appeared and have not given any indication that they plan to defend the case. If Defendants ultimately do defend, then Plaintiff will conduct written discovery and take depositions, including but not limited to, the deposition of Jack Albanese, pro hac vice co-counsel with Plaintiff in the *Hinshaw* litigation.

9. <u>Class Actions</u>: N/A

10. <u>Related Cases</u>: No related cases are currently pending. *Hinshaw v. AURORA*, Case No. C-05-0397 CW, is a related case, in that the dispute herein arises out of the legal services provided by Plaintiff in that action, but the *Hinshaw* case was dismissed following the settlement.

11. <u>Relief</u>: Plaintiff will seek an Order of Default, and will move for Default Judgement detailing the factual basis for Plaintiff's causes of action and requesting a Final Judgment on which it will seek to recover. The amount of the Judgment sought is the amount pled in the Complaint, plus interest at the California statutory rate for breach of contract.

12. <u>Settlement and ADR</u>: Currently, there are no prospects for settlement, since Defendants have not appeared. However, Plaintiff has offered to consent to binding fee arbitration before a California-based arbitrator, provided Defendants place the entire amount at issue in escrow, to be drawn against following an award. To date, Dr. Alanizi has, through intermediaries, refused to accept this offer.

13. <u>Consent to Magistrate Judge for All Purposes</u>: Plaintiff does not consent.

14. <u>Other References</u>: N/A

15. <u>Narrowing of Issues</u>: N/A

16. <u>Expedited Schedule</u>: Plaintiff wishes to move quickly after the Case Management Conference for a Default Judgment, so it can begin collection procedures as soon as possible.

17. <u>Scheduling</u>: N/A, because Plaintiff expects to take a default against Defendants.

18. <u>Trial</u>: N/A, because Plaintiff expects to take a default against Defendants.

19. <u>Disclosure of Non-Party Interested Entitles or Persons</u>: Pursuant to Civil L.R. 3-16, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

| | |
|---|---|
| DATED: June 9, 2008 | Respectfully submitted, |
| | DAVIS WRIGHT TREMAINE LLP |
| | By: _____/s/_____<br>Joseph E. Addiego III<br>Attorneys for Plaintiff<br>DAVIS WRIGHT TREMAINE LLP |

## PROOF OF SERVICE VIA MAIL AND EMAIL

I, Elizabeth S. Wyatt, hereby certify that I am employed in the City and County of San Francisco, California, am over eighteen years of age and am not a party to the within entitled cause. My business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111. On June 9, 2008, I served the following document:

### PLAINTIFF'S CASE MANAGEMENT STATEMENT

by the following methods:

### A. VIA MAIL:

By enclosing a true and correct copy this date in a sealed envelope, addressed to the following parties at the addresses as listed below, and by then placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

| | |
|---|---|
| Dr. Abdullah Alanizi<br>The Belfairs<br>19 Grove Park Gardens<br>Chiswick, London W4 3RY<br>United Kingdom | Defendant<br>DR. ABDULLAH ALANIZI,<br>individually and as trustee for the<br>ALANIZI TRUST and/or DOE TRUST<br>email: **dr_alanizi@yahoo.com** |
| National Corporate Research, Ltd.<br>Agent for Al Bouraq Aviation, Inc.<br>Attn: Jack Albanese, Statutory Agent<br>615 South Dupont Highway<br>Dover, DE  19901 | Defendant<br>AL BOURAQ AVIATION, INC.<br>email: **jalbanese@sgrlaw.com** |
| Trident Trust Company (B.V.I.) Ltd.<br>Agent for Transatlantic Aviation Limited<br>Attn: David Tattum<br>Trident Chambers<br>P.O. Box 146<br>Road Town, Tortola<br>British Virgin Islands | Defendant<br>TRANSATLANTIC AVIATION LIMITED<br>email: **transatlanticaviation@yahoo.com** |
| Janie Anderson Castle<br>Anderson Castle & Co.<br>13-14 Old Square<br>Lincoln's Inn<br>London WC2A 3UE<br>United Kingdom | Attorney for Defendant(s)<br>email: **JanieCastle@13oldsquare.com**<br>Phone: 44 (0) 20 7831 4445 |

DAVIS WRIGHT TREMAINE LLP

PROOF OF SERVICE -1- Case No. C 08-01343 CW

**B. VIA EMAIL:**

Additionally, service was attempted via email transmission using the email addresses as set forth above (which are the last-known email addresses of these persons or entities) before close of business this date.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2008

*Elizabeth S. Wyatt*
ELIZABETH S. WYATT

DAVIS WRIGHT TREMAINE LLP

PROOF OF SERVICE         -2-         Case No. C 08-01343 CW