Joseph E. Addiego III, CSB No. 169522
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: joeaddiego@dwt.com

Attorneys for Plaintiff
DAVIS WRIGHT TREMAINE LLP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP,<br><br>Plaintiff,<br><br>v.<br><br>DR. ABDULLAH ALANIZI, individually and as trustee for the ALANIZI TRUST and/or DOE TRUST; AL BOURAQ AVIATION, INC., a Delaware Corporation; and TRANSATLANTIC AVIATION, LTD., a British Virgin Islands corporation,<br><br>Defendants. | Case No. C 08-01343 CW<br><br>**REQUEST FOR ENTRY OF DEFAULT** |

TO: CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff, DAVIS WRIGHT TREMAINE LLP, hereby requests that the Clerk of the above-entitled Court enter defaults in this matter against Defendants DR. ABDULLAH ALANIZI, individually and as trustee for the ALANIZI TRUST and/or DOE TRUST, AL BOURAQ AVIATION, INC., a Delaware corporation, and TRANSATLANTIC AVIATION, LTD., a British Virgin Island corporation, on the grounds that said Defendants have failed to respond to appear or otherwise respond to the Complaint in the time prescribed by the Federal Rules of Evidence. Plaintiff served the Complaint on (1) DR. ABDULLAH ALANIZI, by personal service under the laws of Great Britain, on March 17, 2008; (2) AL BOURAQ AVIATION, INC., by mail (with a returned Waiver of Service dated March 10, 2008); and TRANSATLANTIC AVIATION, LTD.,

1 | by personal service under the laws of the British Virgin Islands, on March 31, 2008, as evidenced
2 | by the Proofs of Service of Process on file with the Court.

4 | DATED: June 9, 2008                    Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: _____/s/_____
Joseph E. Addiego III
Attorneys for Plaintiff
DAVIS WRIGHT TREMAINE LLP

## PROOF OF SERVICE VIA MAIL AND EMAIL

I, Elizabeth S. Wyatt, hereby certify that I am employed in the City and County of San Francisco, California, am over eighteen years of age and am not a party to the within entitled cause. My business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111. On June 9, 2008, I served the following document:

## REQUEST FOR ENTRY OF DEFAULT

by the following methods:

### A. VIA MAIL:

By enclosing a true and correct copy this date in a sealed envelope, addressed to the following parties at the addresses as listed below, and by then placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

| | |
|---|---|
| Dr. Abdullah Alanizi<br>The Belfairs<br>19 Grove Park Gardens<br>Chiswick, London W4 3RY<br>United Kingdom | Defendant<br>DR. ABDULLAH ALANIZI,<br>individually and as trustee for the<br>ALANIZI TRUST and/or DOE TRUST<br>**email: dr_alanizi@yahoo.com** |
| National Corporate Research, Ltd.<br>Agent for Al Bouraq Aviation, Inc.<br>Attn: Jack Albanese, Statutory Agent<br>615 South Dupont Highway<br>Dover, DE  19901 | Defendant<br>AL BOURAQ AVIATION, INC.<br>**email:  jalbanese@sgrlaw.com** |
| Trident Trust Company (B.V.I.) Ltd.<br>Agent for Transatlantic Aviation Limited<br>Attn:  David Tattum<br>Trident Chambers<br>P.O. Box 146<br>Road Town, Tortola<br>British Virgin Islands | Defendant<br>TRANSATLANTIC AVIATION LIMITED<br>**email:  transatlanticaviation@yahoo.com** |
| Janie Anderson Castle<br>Anderson Castle & Co.<br>13-14 Old Square<br>Lincoln's Inn<br>London WC2A 3UE<br>United Kingdom | Attorney for Defendant(s)<br>**email: JanieCastle@13oldsquare.com**<br>Phone: 44 (0) 20 7831 4445 |

DAVIS WRIGHT TREMAINE LLP

PROOF OF SERVICE                                -1-                           Case No. C 08-01343 CW
DWT 11364537v2 0010240-000001

**B. VIA EMAIL:**

Additionally, service was attempted via email transmission using the email addresses as set forth above (which are the last-known email addresses of these persons or entities) before close of business this date.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2008

*Elizabeth S. Wyatt*
_____
ELIZABETH S. WYATT

DAVIS WRIGHT TREMAINE LLP

PROOF OF SERVICE                    -2-                    Case No. C 08-01343 CW