**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

June 11, 2008

RE:  CV 08-01343 CW           DAVIS WRIGHT TREMAINE LLP-v- ALANIZI ET AL

Default is entered as to Dr. Abdullah Alanizi, Al Bouraq Aviation, Inc., Transatlantic Aviation Ltd. on 6/11/08.

RICHARD W. WIEKING, Clerk

*Clara Pierce*

by Clara Pierce
Case Systems Administrator

NDC TR-4  Rev. 3/89