Joseph E. Addiego III, CSB No. 169522
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: joeaddiego@dwt.com

Attorneys for Plaintiff
DAVIS WRIGHT TREMAINE LLP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP, | ) Case No. C 08-01343 CW |
| Plaintiff, | ) |
| v. | ) **NOTICE OF ENTRY OF DEFAULT** |
| DR. ABDULLAH ALANIZI, individually and as trustee for the ALANIZI TRUST and/or DOE TRUST; AL BOURAQ AVIATION, INC., a Delaware Corporation; and TRANSATLANTIC AVIATION, LTD., a British Virgin Islands corporation, | ) |
| Defendants. | ) |

TO ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE THAT on June 11, 2008, the Court entered the default of each and every of the following defendants in this action: Dr. Abdullah Alanizi; Al Bouraq Aviation, Inc.; and Transatlantic Aviation, Ltd. A true and correct copy of the Court's Notice of Entry of Default (case docket item number 21), entering the default of all defendants is attached hereto and incorporated as though fully set forth herein as Exhibit A.

DATED: June 12, 2008

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: _____/s/_____
Joseph E. Addiego III
Attorneys for Plaintiff
DAVIS WRIGHT TREMAINE LLP

DAVIS WRIGHT TREMAINE LLP

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

June 11, 2008

RE: CV 08-01343 CW     DAVIS WRIGHT TREMAINE LLP-v- ALANIZI ET AL

Default is entered as to Dr. Abdullah Alanizi, Al Bouraq Aviation, Inc., Transatlantic Aviation Ltd. on 6/11/08.

RICHARD W. WIEKING, Clerk

by Clara Pierce
Case Systems Administrator

# EXHIBIT A

NDC TR-4  Rev. 3/89

**DAVIS WRIGHT TREMAINE LLP**

1

## PROOF OF SERVICE VIA MAIL AND EMAIL

2   I, Elizabeth S. Wyatt, hereby certify that I am employed in the City and County of San

3   Francisco, California, am over eighteen years of age and am not a party to the within entitled

4   cause. My business address is 505 Montgomery Street, Suite 800, San Francisco, California

5   94111. On June 12, 2008, I served the following document:

6   **NOTICE OF ENTRY OF DEFAULT**

7   by the following methods:

8   **A.  VIA MAIL:**

9   By enclosing a true and correct copy this date in a sealed envelope, addressed to the

10  following parties at the addresses as listed below, and by then placing the envelope for collection

11  and mailing following our ordinary business practices. I am readily familiar with this business's

12  practice for collecting and processing correspondence for mailing. On the same day that

13  correspondence is placed for collection and mailing, it is deposited in the ordinary course of

14  business with the United States Postal Service in a sealed envelope with postage fully prepaid.

15
| | |
|---|---|
| Dr. Abdullah Alanizi<br>The Belfairs<br>19 Grove Park Gardens<br>Chiswick, London W4 3RY<br>United Kingdom | Defendant<br>DR. ABDULLAH ALANIZI,<br>individually and as trustee for the<br>ALANIZI TRUST and/or DOE TRUST<br>**email: dr_alanizi@yahoo.com** |
| National Corporate Research, Ltd.<br>Agent for Al Bouraq Aviation, Inc.<br>Attn:  Jack Albanese, Statutory Agent<br>615 South Dupont Highway<br>Dover, DE  19901 | Defendant<br>AL BOURAQ AVIATION, INC.<br>**email:  jalbanese@sgrlaw.com** |
| Trident Trust Company (B.V.I.) Ltd.<br>Agent for Transatlantic Aviation Limited<br>Attn:  David Tattum<br>Trident Chambers<br>P.O. Box 146<br>Road Town, Tortola<br>British Virgin Islands | Defendant<br>TRANSATLANTIC AVIATION LIMITED<br>**email:  transatlanticaviation@yahoo.com** |
| Janie Anderson Castle<br>Anderson Castle & Co.<br>13-14 Old Square<br>Lincoln's Inn<br>London WC2A 3UE<br>United Kingdom | Attorney for Defendant(s)<br>**email:  JanieCastle@13oldsquare.com**<br>Phone: 44 (0) 20 7831 4445 |

**B. VIA EMAIL:**

Additionally, service was attempted via email transmission using the email addresses as set forth above (which are the last-known email addresses of these persons or entities) before close of business this date.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 12, 2008

ELIZABETH S. WYATT

DAVIS WRIGHT TREMAINE LLP

PROOF OF SERVICE
DWT 11293649v1 0050065-000226

-2-

Case No. C 08-01343 CW