IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVIS WRIGHT TREMAINE LLP,

    Plaintiff,

  v.

DR. ABDULLAH ALANIZI, et al.,

    Defendants.
    _____/

No. C 08-01343 CW

ORDER

Default having been entered as to Dr. Abdullah Alanizi, Al Bouraq Aviation, Inc., and Transatlantic Aviation Ltd. by the Clerk on June 11, 2008,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.

IT IS FURTHER ORDERED that the Case Management Conference previously set for June 17, 2008 is continued to October 21, 2008, at 2:00 p.m.

Dated: 6/16/08

                          CLAUDIA WILKEN
                          United States District Judge

cc: Wings