Joseph E. Addiego III, CSB No. 169522
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: joeaddiego@dwt.com

Attorneys for Plaintiff
DAVIS WRIGHT TREMAINE LLP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP, | Case No. C 08-01343 CW |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| DR. ABDULLAH ALANIZI, individually and as trustee for the ALANIZI TRUST and/or DOE TRUST; AL BOURAQ AVIATION, INC., a Delaware Corporation; and TRANSATLANTIC AVIATION, LTD., a British Virgin Islands corporation, | |
| Defendants. | |

TO THE ABOVE-CAPTIONED COURT, AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff DAVIS WRIGHT TREMAINE LLP hereby dismisses the entirety of the above captioned action, with prejudice.

DATED: July 16, 2008                    Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: _____/s/_____
Joseph E. Addiego III
Attorneys for Plaintiff
DAVIS WRIGHT TREMAINE LLP

NOTICE OF VOLUNTARY DISMISSAL            -1-            Case No. C 08-01343 CW
DWT 11516001v1 0050065-000226

**PROOF OF SERVICE VIA MAIL AND EMAIL**

I, Farshid Arjam, hereby certify that I am employed in the City and County of San Francisco, California, am over eighteen years of age and am not a party to the within entitled cause. My business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111. On June 12, 2008, I served the following document:

**NOTICE OF VOLUNTARY DISMISSAL**

by the following methods:

**A. VIA MAIL:**

By enclosing a true and correct copy on July 16, 2008, in a sealed envelope, addressed to the following parties at the addresses as listed below, and by then placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

| | |
|---|---|
| Dr. Abdullah Alanizi<br>The Belfairs<br>19 Grove Park Gardens<br>Chiswick, London W4 3RY<br>United Kingdom | Defendant<br>DR. ABDULLAH ALANIZI,<br>individually and as trustee for the<br>ALANIZI TRUST and/or DOE TRUST<br>**email: dr_alanizi@yahoo.com** |
| National Corporate Research, Ltd.<br>Agent for Al Bouraq Aviation, Inc.<br>Attn: Jack Albanese, Statutory Agent<br>615 South Dupont Highway<br>Dover, DE 19901 | Defendant<br>AL BOURAQ AVIATION, INC.<br>**email: jalbanese@sgrlaw.com** |
| Trident Trust Company (B.V.I.) Ltd.<br>Agent for Transatlantic Aviation Limited<br>Attn: David Tattum<br>Trident Chambers<br>P.O. Box 146<br>Road Town, Tortola<br>British Virgin Islands | Defendant<br>TRANSATLANTIC AVIATION LIMITED<br>**email: transatlanticaviation@yahoo.com** |
| Janie Anderson Castle<br>Anderson Castle & Co.<br>13-14 Old Square<br>Lincoln's Inn<br>London WC2A 3UE<br>United Kingdom | Attorney for Defendant(s)<br>**email: JanieCastle@13oldsquare.com**<br>Phone: 44 (0) 20 7831 4445 |

DAVIS WRIGHT TREMAINE LLP

PROOF OF SERVICE            -1-            Case No. C 08-01343 CW
DWT 11516001v1 0050065-000226

**B. <u>VIA EMAIL</u>:**

Additionally, service was attempted via email transmission using the email addresses as set forth above (which are the last-known email addresses of these persons or entities) before close of business this date.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 18, 2008

/s/<br>Farshid Arjam

DAVIS WRIGHT TREMAINE LLP